IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-241-RJC-DCK

| | |
|---|---|
| JOSEPH KEEVER CRYSTAL BLALOCK, JOSEPH KLAKULAK, GEORGE PAPPAS, JANA SCHLENKER, JEFFREY WALLACE, and KEITH WESOLOWSKI, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| PROSPECT MORTGAGE, LLC, | ) ) |
| Defendant. | ) ) ) |

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) filed by Seth R. Cohen, concerning Curtis P. Zaun on August 13, 2013. Mr. Curtis P. Zaun seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) is **GRANTED.** Mr. Curtis P. Zaun is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: August 13, 2013

_____
David C. Keesler
United States Magistrate Judge