IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-241-RJC-DCK

| | |
|---|---|
| JOSEPH KEEVER CRYSTAL BLALOCK, JOSEPH KLAKULAK, GEORGE PAPPAS, JANA SCHLENKER, JEFFREY WALLACE, and KEITH WESOLOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> PROSPECT MORTGAGE, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Request To Lift Stay" (Document No. 15) filed January 16, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Joint Request To Lift Stay" (Document No. 15) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties file a proposed Scheduling Order, jointly if possible, on or before **January 31, 2014**.

Signed: January 21, 2014

David C. Keesler
United States Magistrate Judge