IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-241-RJC-DCK

| | |
|---|---|
| JOSEPH KEEVER CRYSTAL BLALOCK, JOSEPH KLAKULAK, GEORGE PAPPAS, JANA SCHLENKER, JEFFREY WALLACE, and KEITH WESOLOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> PROSPECT MORTGAGE, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* For Meredith C. Bailey" (Document No. 23) filed by Keith M. Weddington, concerning Meredith C. Bailey on April 7, 2014. Ms. Meredith C. Bailey seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* For Meredith C. Bailey" (Document No. 23) is **GRANTED.** Ms. Meredith C. Bailey is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: April 7, 2014

David C. Keesler
United States Magistrate Judge