# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-241-RJC-DCK

| | |
|---|---|
| JOSEPH KEEVER, CRYSTAL BLALOCK, JOSEPH KLAKULAK, GEORGE PAPPAS, JANA SCHLENKER, JEFFREY WALLACE, and KEITH WESOLOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> PROSPECT MORTGAGE, LLC, <br><br> Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

On April 28, 2014, the Honorable Robert J. Conrad issued a "Text-Only Order" granting the parties' "Joint Notice Of Settlement And Motion To Stay" (Document No. 25), and ordering the parties to "file by June 26, 2014 a report updating the court of the status of proceedings." To date, the parties have failed to file a report with the Court as required by Judge Conrad's Order.

**IT IS, THEREFORE, ORDERED** that that the parties shall file a Status Report on or before **August 8, 2014**. Further failure to abide by the Court's Orders may result in sanctions against the parties and/or counsel.

**SO ORDERED**.

Signed: August 4, 2014

David C. Keesler
United States Magistrate Judge